UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL LANNAN and ANN WINN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEVY & WHITE and ROBERT R. WHITE, ESQ.,<br><br>Defendants. | Case No. 1:14-cv-13866 |

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

### I.      Introduction

Plaintiffs Carol Lannan and Ann Winn file herewith file their Unoppposed Motion for Preliminary Approval of Settlement Agreement.  A proposed Class Action Settlement Agreement ("Settlement Agreement" or "Agreement") is attached as Exhibit 1 to this Motion.  In turn, Exhibit A-D to the Settlement Agreement consist of a proposed Postcard Notice, Full Notice, Order providing for provisional certification of a settlement class and preliminary approval of the Settlement Agreement, and a form of Order setting the final approval hearing.

A Memorandum in Support of this Motion is being filed herewith.  Plaintiffs respectfully request that, for the reasons stated therein, this Court preliminarily approve the settlement reached by the parties.

Dated: September 15, 2016

                                      Respectfully submitted,

                                      */s/ Charles M. Delbaum*
                                      Charles M. Delbaum (BBO # 543225)
                                      April Kuehnhoff (BBO # 676230)
                                      National Consumer Law Center
                                      7 Winthrop Square, 4th Floor
                                      Boston, Massachusetts 02110
                                      (617) 542-8010
                                      (617) 542-8028 (facsimile)
                                      cdelbaum@nclc.org
                                      akuehnhoff@nclc.org

                                      Elizabeth Ryan (BBO # 549632)
                                      John Roddy (BBO # 424240)
                                      Bailey & Glasser LLP
                                      99 High Street, Suite 304
                                      Boston, MA 02110
                                      (617) 439-6730
                                      (617) 951-3954 (facsimile)
                                      eryan@baileyglasser.com
                                      jroddy@baileyglasser.com

                                      Ethan Horowitz (BBO # 674669)
                                      Managing Director
                                      Northeast Justice Center
                                      50 Island Street, Ste. 203B
                                      Lawrence MA 01840
                                      (978) 888-0624
                                      (978) 323-0124 (facsimile)
                                      ehorowitz@njc-ma.org

                                      *Attorneys for Plaintiffs and Proposed Class*

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                      */s/ Charles M. Delbaum*
                                      Charles M. Delbaum