## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAROL LANNAN and ANN WINN, on behalf of themselves and others similarly situated,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **LEVY & WHITE and ROBERT R. WHITE, ESQ.,** | Case No. 1:14-cv-13866 <br><br><br><br> **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

  Plaintiffs Carol Lannan and Ann Winn respectfully move this honorable court to grant final approval of the proposed settlement that was previously preliminarily approved, and to enter an Order in the form previously submitted herein. ECF #91-5. A Memorandum in support of this Motion is being filed simultaneously herewith.

                Respectfully submitted,

                */s/ Charles M. Delbaum*
                Charles M. Delbaum (BBO # 543225)
                April Kuehnhoff (BBO # 676230)
                National Consumer Law Center
                7 Winthrop Square, 4th Floor
                Boston, Massachusetts 02110
                (617) 542-8010

(617) 542-8028 (facsimile)
cdelbaum@nclc.org
akuehnhoff@nclc.org

Elizabeth Ryan (BBO # 549632)
John Roddy (BBO # 424240)
Bailey & Glasser LLP
99 High Street, Suite 304
Boston, MA 02110
(617) 439-6730
(617) 951-3954 (facsimile)
eryan@baileyglasser.com
jroddy@baileyglasser.com

Ethan Horowitz (BBO # 674669)
Managing Director
Northeast Justice Center
50 Island Street, Ste. 203B
Lawrence MA 01840
(978) 888-0624
(978) 323-0124 (facsimile)
ehorowitz@njc-ma.org

*Attorneys for Plaintiffs and the Class*

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

*/s/ Charles M. Delbaum*
Charles M. Delbaum